UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                               )<br>)<br>)<br>PAUL DEMBLING                    )<br>)<br>_____) | CRIMINAL NO. 05-CR-10179-RGS<br><br>VIOLATION:  Tax Evasion<br>            26 U.S.C. § 7201 |

## INDICTMENT

The Grand Jury Charges that:

### GENERAL ALLEGATIONS

1.   At all times relevant to this Indictment, PAUL DEMBLING, defendant herein, was a resident of Needham, Massachusetts.

2.   At all times relevant to this Indictment, PAUL DEMBLING was married.

3.   At all times relevant to this Indictment, PAUL DEMBLING was Vice President of Sales and a 10% shareholder of Sinco, Inc., with a principal place of business in Belmont, Massachusetts.

### COUNT ONE

### TAX EVASION
(Title 26, United States Code, Section 7201)

The Grand Jury charges that:

    4.    Paragraphs 1 through 3 are incorporated herein as if fully set forth.

    5.    On or about the 15TH day of April, 1998, at Needham and Andover in the District of Massachusetts,

### PAUL DEMBLING

did willfully attempt to evade and defeat a large part of the income tax due and owing by him and his spouse to the United States for the calendar year 1997, by filing and causing to be filed with the Director, Internal Revenue Service Center, at Andover, Massachusetts, a false and fraudulent joint U.S. Individual Income Tax Return, Form 1040, on behalf of himself and his spouse, knowing it to be false and fraudulent, in that the defendant claimed Schedule A unreimbursed employee expenses in the amount of $56,134 and claimed Schedule C losses from business in the amount of $17,720, whereby the 1997 tax return stated that the joint taxable income for said calendar year was the sum of $101,103, and that the amount of tax due and owing thereon was the sum of $40,010, whereas, as he then and there well knew and believed, the joint taxable income for the said calendar year was significantly higher than stated and the joint tax due and owing to the United States of America was significantly higher than was reported and paid.

All in violation of Title 26, United States Code, Section 7201.

## COUNT TWO

### TAX EVASION
(Title 26, United States Code, Section 7201)

The Grand Jury further charges that:

    6.    Paragraphs 1 through 3 are incorporated herein as if fully set forth.

    7.    On or about the 15TH day of April, 1999, at Needham and Andover in the District of Massachusetts,

### PAUL DEMBLING

did willfully attempt to evade and defeat a large part of the income tax due and owing by him and his spouse to the United States for the calendar year 1998, by filing and causing to be filed with the Director, Internal Revenue Service Center, at Andover, Massachusetts, a false and fraudulent joint U.S. Individual Income Tax Return, Form 1040, on behalf of himself and his spouse, knowing it to be false and fraudulent, in that the defendant claimed Schedule A unreimbursed employee expenses in the amount of $77,869 and claimed Schedule C losses from business in the amount of $18,682, whereby the 1998 tax return stated that the joint taxable income for said calendar year was the sum of $137,028, and that the amount of tax due and owing thereon was the sum of $56,592, whereas, as he then and there well knew and believed, the joint taxable income for the said calendar year was significantly higher than stated and the joint tax due and owing to the United States of America was significantly higher than was reported and paid.

All in violation of Title 26, United States Code, Section 7201.

## COUNT THREE

### TAX EVASION
(Title 26, United States Code, Section 7201)

The Grand Jury further charges that:

8. Paragraphs 1 through 3 are incorporated herein as if fully set forth.

9. On or about the 15th day of April, 2000, at Needham and Andover in the District of Massachusetts,

### PAUL DEMBLING

did willfully attempt to evade and defeat a large part of the income tax due and owing by him and his spouse to the United States for the calendar year 1999, by filing and causing to be filed with the Director, Internal Revenue Service Center, at Andover, Massachusetts, a false and fraudulent joint U.S. Individual Income Tax Return, Form 1040, on behalf of himself and his spouse, knowing it to be false and fraudulent, in that the defendant claimed Schedule A unreimbursed employee expenses in the amount of $80,599 and claimed Schedule C losses from business in the amount of $73,799, whereby the 1999 tax return stated that the joint taxable income for said calendar year was the sum of $75,086, and that the amount of tax due and owing thereon was the sum of $38,437, whereas, as he then and there well knew and believed, the joint taxable income for the said calendar year was significantly higher than stated and the joint tax due and owing to the United States of America was significantly higher than was reported and paid.

All in violation of Title 26, United States Code, Section 7201.

## COUNT FOUR

### TAX EVASION
(Title 26, United States Code, Section 7201)

The Grand Jury further charges that:

10. Paragraphs 1 through 3 are incorporated herein as if fully set forth.

11. on or about the 15th day of April, 2001, at Needham and Andover in the District of Massachusetts,

### PAUL DEMBLING

did willfully attempt to evade and defeat a large part of the income tax due and owing by him and his spouse to the United States for the calendar year 2000, by filing and causing to be filed with the Director, Internal Revenue Service Center, at Andover, Massachusetts, a false and fraudulent joint U.S. Individual Income Tax Return, Form 1040, on behalf of himself and his spouse, knowing it to be false and fraudulent, in that the defendant claimed Schedule A unreimbursed employee expenses in the amount of $93,286 and claimed Schedule C losses from business in the amount of $52,800, whereby the 2000 tax return stated that the joint taxable income for said calendar year was the sum of $321,766, and that the amount of tax due and owing thereon was the sum of $117,728, whereas, as he then and there well knew and believed, the joint taxable income for the said calendar year was significantly higher than stated and the joint tax due and owing to the United States of America was significantly higher than was reported and paid.

All in violation of Title 26, United States Code, Section 7201.

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY


*[signature]*
VICTOR A. WILD
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS,

JULY  14 , 2005

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk

12:27p

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

Place of Offense: 25021    Category No. II    Investigating Agency  FBI

City  Needham    Related Case Information:  05-CR-10179-RGS

County  Norfolk    Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  PAUL DEMBLING    Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   82 CUTLER ROAD   NEEDHAM, MA 02492

Birth date (Year only):  1956   SSN (last 4 #):  2973   Sex  M   Race:  Caucasian   Nationality:  USA

Defense Counsel if known:   PAUL J. DEE, JR.    Address:  268 SUMMER STREET
                                                           BOSTON, MA 02210

Bar Number: _____

**U.S. Attorney Information:**

AUSA  VICTOR A. WILD    Bar Number if applicable  543148

Interpreter:   ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:   ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:    ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  4

Continue on Page 2 for Entry of U.S.C. Citations

☐  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 7/14/05    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    PAUL DEMBLING

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   26 U.S.C. §7201 | TAX EVASION | 1 - 4 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse