UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.  05-CR-10179-RGS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | **NOTICE OF APPEARANCE** |
| ) | |
| PAUL DEMBLING    ) | |

To:  Clerk of Courts

    Kindly enter my appearance in the above captioned matter on behalf of the Defendant, Paul Dembling.

Respectfully submitted,

*/s/ James P. Duggan*
James P. Duggan
BBO# 137500
160 State Street
8th Floor
Boston, MA 02109
617-523-7222

**CERTIFICATE OF SERVICE**

    I, James P. Duggan, hereby certify that I have this 6th day of September, 2005, served a copy of the foregoing Notice of Appearance, by mailing the same to, Victor A. Wild, AUSA, U.S. Attorney's Office, Suite 9200, One Courthouse Way, Boston, MA, 02210, and to Paul J. Dee, Jr., Esq., Truelove, Dee & Chase, LLP, 268 Summer Street, Boston, MA, 02210.

*/s/ James P. Duggan*
James P. Duggan