UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-CR-10179-RGS |
| | ) | |
| PAUL DEMBLING | ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

The undersigned, pursuant to Local Rule 83.5.2(c), hereby moves that he grant leave to withdraw his appearance as counsel for the Defendant, Paul Dembling. As the bas for this motion, the undersigned states as follows:

1. The Defendant, Paul Dembling, was indicted on July 14, 2005 on four (4) counts of tax evasion (26 U.S.C. § 7201).

2. On August 12, 2005, A.U.S.A. Victor Wild caused a letter to be har delivered to undersigned counsel. In that letter, A.U.S.A. Wild advised th undersigned that he believed the undersigned may have a conflict of intere in this matter. Upon receipt of the letter, the undersigned advised the Court a the Defendant of A.U.S.A. Wild's allegation of a conflict of interest.

3. On August 22, 2005, the Defendant was arraigned before Magistrate Juc Dein. The undersigned entered his Appearance for the Defendant at Arraignment. The Defendant pled not guilty on all counts. During the cou of the proceeding, A.U.S.A. Wild advised the Court of the conflict allegati

4. Sometime after the proceeding of August 22, 2005, the Defendant advised undersigned that he desired to change counsel. Subsequently, the Defend retained James P. Duggan, Esq. to replace the undersigned as counsel in t matter.

5. On or about September 6, 2005, Attorney Duggan served the undersigned v a copy of his "Notice of Appearance" on behalf of Mr. Dembling. (A true complete copy of Attorney Duggan's "Notice of Appearance" is attac hereto as Exhibit A)

Cr. No. 05-CR-10179-RGS

6. The undersigned has advised counsel for the government of his intention t withdraw as counsel for the defendant. Counsel for the government has nc objection to the undersigned's withdrawal.

7. No trial date has been set in this matter, nor are there any motions pendir before the Court. A status conference has been set for October 3, 2005 11:30 AM.

8. The Defendant, Paul Dembling, has no objection to this motion. Tl Defendant will not be prejudiced, or otherwise suffer detriment, by t withdrawal of the undersigned's Appearance.

WHEREFORE it is prayed that this motion be granted.

Respectfully submitted,

Dated: 9/9/05

Paul J. Dee, Jr.
BBO No. 117840

Truelove, Dee & Chase, L
268 Summer Street
Boston, Massachusetts 02
Tel. (617) 357-0808

Cr. No. 05-CR-10179-RGS

## CERTIFICATE OF SERVICE

This is to certify that copies of the foregoing MOTION FOR LEAVE T WITHDRAW AS COUNSEL were served upon the following by mailing the same on th 9th day of September, 2005, via first class mail, addressed to:

| | | |
|---|---|---|
| Victor A. Wild, Esq. | James P. Duggan, Esq. | Mr. Paul Dembling |
| Assistant U.S. Attorney | 160 State Street | 82 Cutter Road |
| District of Massachusetts | 8th Floor | Needham, MA 02492 |
| Moakley Federal Courthouse | Boston, MA 02109 | |
| 1 Courthouse Way, Suite 9200 | | |
| Boston, MA 02210 | | |

_____
Paul J. Dee, Jr.

-3-