IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA </br></br> v. </br></br> PAUL DEMBLING | ) </br> ) CRIMINAL CASE NO. 05-10179-RGS </br> ) </br> ) </br> ) </br> ) </br> ) |

GOVERNMENT'S SUBMISSION OF STATUS REPORT

Comes now the United States of America, by Victor A. Wild, Assistant United States Attorney for the District of Massachusetts, and submits the following status report, including issues required to be discussed at Initial Status Conference pursuant to Local Rule 116.5(A):

1. The defendant was indicted on July 14, 2005;

2. This Court scheduled a continued status conference for October 3, 2005;

3. Counsel for the defendant has informed the Government that the defendant will plead guilty to the Indictment.

Respectfully submitted this 3rd day of October, 2005.

                MICHAEL J. SULLIVAN
                UNITED STATES ATTORNEY


By:   /s/ Victor A. Wild
      VICTOR A. WILD
      Assistant U.S. Attorney
      One Courthouse Way
      Boston, MA 02210
      (617) 748-3100

CERTIFICATE OF SERVICE

    This is to certify that I have this day served a copy of the foregoing upon James P. Duggan, Esq., 160 State Street, Boston, MA 02109.

                                          /s/ Victor A. Wild
                                          VICTOR A. WILD
                                          Assistant U.S. Attorney