UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
05-10179-RGS

UNITED STATES OF AMERICA

v.

PAUL DEMBLING

**FINAL STATUS REPORT**

October 3, 2005

DEIN, M.J.

A final status conference was held before this court on October 3, 2005, at which time the court was notified by defendant's counsel that the defendant has elected to plead guilty. Consequently, this court enters the following report, in accordance with Local Rule 116.5(D):

1. The defendant intends to enter a plea. The parties request that the Rule 11 hearing be scheduled for as soon as possible.

2. Discovery is completed.

3. There are no outstanding discovery issues. The defendant does not anticipate filing any dispositive motions.

4. Based upon the prior orders of the court dated August 22, 2005 and the order entered herewith, as of this date there are zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days remaining under the Speedy Trial Act in which this case must be tried.[1]

---

[1] Additionally, however, the parties having reported that the defendant has indicated an intention to enter a plea of guilty, this court hereby orders the entry of excludable time, pursuant to the provisions of 18 U.S.C. § 3161(h)(1), commencing on this date, and concluding at the time the defendant offers a plea or unequivocally communicates to the court that the defendant does not intend to offer a plea of guilty. See United States v. Mentz, 840 F.2d 315, 330-31 (6th Cir. 1988).

5. The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

       / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge