UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10179-RGS

UNITED STATES OF AMERICA

v.

PAUL DEMBLING

**FURTHER ORDER ON EXCLUDABLE TIME**

October 3, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

September 19, 2005 through October 3, 2005

that being the period between the expiration of the initial order on excludable time and the Final Status Conference.

Based upon the prior order of the court dated August 22, 2005, and this order, at the time of the Final Status Conference on October 3, 2005, there were zero (0) days of non-excludable time under the Speedy Trial Act seventy (70) days remaining under the Speedy Trial Act in which this case must be tried.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge