

October 4, 2006

James P. Duggan Esq.
160 State Street
Boston, MA

Dear Mr. Duggan:

SIAL is a food exposition that is held in Paris every two years and is one of the most important events in the food industry worldwide. It is a venue for suppliers and customers to meet at stands located at the Parc des Expositions next to Charles de Gaulle airport to discuss industry trends, negotiate new contracts and plan for the coming year. The importance of a show like SIAL is that you can meet people from all over the world in one location within a five day period.

Paul Dembling has attended the past four SIAL conventions over the last eight years. His major customers and suppliers will be present, and it is important that he too attend in order to represent Sinco and assure that our place in the industry is secure.

Sincerely yours,

Robert Snyder
President

"A"

750 Pleasant Street ▪ Belmont, MA 02478-9109 ▪ phone: 617-484-8212 ▪ fax: 617-484-2279 ▪ www.sinco-inc.com


**GREAT INTERNATIONAL TRAVEL**
PHONE: 1-781-455-8600
WE APPRECIATE YOUR BUSINESS VERY MUCH!

## Itinerary - Printable By Category

🖨 Print this page | Close window | Help

### Itinerary
PAUL DEMBLING
Reservation code: KZLTRE

**Travel Arranger Priority Comments:**
*PLEASE REVIEW THIS ITINERARY CAREFULLY
*IMMEDIATELY NOTIFYING GIT OF ANY CHANGES
*MAY REDUCE THE RISK OF INCREASED FARE
*AND/OR AIRLINE PENALTIES

### FLIGHTS

**Fri, Oct 20-Sat, Oct 21: AIR FRANCE, AF 0321**

| | |
|---|---|
| From: BOSTON, MA (BOS) | Departs: 7:50pm Fri, Oct 20 |
| Departure Terminal: TERMINAL E | |
| To: PARIS DE GAULLE, FRANCE (CDG) | Arrives: 8:35am Sat, Oct 21 |
| Arrival Terminal: AEROGARE 2 TERMINAL E | |
| Class: Economy | Seat(s): Check-In Required |
| Status: Confirmed | Confirmation: 3MO2F3 |
| Meal: Meals , Breakfast | Smoking: No |
| Aircraft: AIRBUS INDUSTRIE A343 JET | Mileage: 3440 |
| Flight Time: 6 hour(s) and 45 minute(s) | |

Please verify flight times prior to departure

**Tue, Oct 24: AIR FRANCE, AF 0322**

| | |
|---|---|
| From: PARIS DE GAULLE, FRANCE (CDG) | Departs: 3:55pm |
| Departure Terminal: AEROGARE 2 TERMINAL E | |
| To: BOSTON, MA (BOS) | Arrives: 5:45pm |
| Arrival Terminal: TERMINAL E | |
| Class: Economy | Seat(s): Check-In Required |
| Status: Confirmed | Confirmation: 3MO2F3 |
| Meal: Meals , Snack | Smoking: No |
| Aircraft: AIRBUS INDUSTRIE A343 JET | Mileage: 3440 |
| Flight Time: 7 hour(s) and 50 minute(s) | |

Please verify flight times prior to departure

### HOTEL & LODGING

**Sat, Oct 21-Tue, Oct 24: WORLDHOTELS HOTEL COSTES K**

| | |
|---|---|
| Address: 81 AVENUE KLEBER 75116 PARIS FRANCE | Check In: Oct 21 Check Out: Oct 24 |
| Phone: 33-1-44057575 | FAX: 33-1-44057474 |
| Room Type: PKG HSBC HOME AND AWAY PRIVI | Room(s): 1 |
| Status: Confirmed | Rate: 280.00 EUR / night |

UNITED STATES DISTRICT COURT FILED
DISTRICT OF MASSACHUSETTS CLERKS OFFICE

Criminal No. 05-CR-10179-RGS
2006 OCT -6 P 4: 54

| | |
|---|---|
| UNITED STATES OF AMERICA ) | U.S. DISTRICT COURT |
| ) | DISTRICT OF MASS |
| v. ) | |
| ) | |
| PAUL DEMBLING ) | |

### MOTION TO ENLARGE TERMS AND CONDITIONS OF PRE-TRIAL RELEASE
### (ASSENTED TO)

Now comes the Defendant, Paul Dembling, and moves this Court for an Order enlarging the terms and conditions of his Pre-Trial Release so as to permit the Defendant to travel to Paris, France, for the period Friday, October 20, 2006 through Wednesday, October 25, 2006.

In support of the Motion, the Defendant says that a major food exposition is held in Paris every two (2) years, see attachment, marked Exhibit "A". The Defendant has attended this exposition on several occasions in the past. It is a crucial opportunity to meet with customers and suppliers and, hopefully, to negotiate new business for the upcoming year(s).

The Defendant's proposed itinerary is attached and marked Exhibit "B".

The Defendant has been compliant with all Court Orders.

WHEREFORE, the Defendant, Paul Dembling, moves this Court for an Order enlarging the terms and conditions of his Pre-Trial Release so as to permit his travel to France, for the period Friday, October 20, 2006 through Wednesday, October 25, 2006, and further order the Pre-Trial Services Office to deliver the Defendant's passport to him.

Assented to:

_Victor A. Wild /JPD_
Victor A. Wild, AUSA

Respectfully submitted,
Paul Dembling,
By his attorney,

_James P. Duggan_
James P. Duggan
BBO# 137500
160 State Street
8th Floor
Boston, MA 02109
617-523-7222

Case 1:05-cr-10179-RGS    Document 11-3    Filed 10/06/2006    Page 5 of 5

**CERTIFICATE OF SERVICE**

    I, James P. Duggan, hereby certify that I have this 5th day of October, 2006, served a copy of the foregoing Motion to Enlarge Time and Conditions of Pre-Trial Release, by fax (617-748-3974) to, Victor A. Wild, AUSA, U.S. Attorney's Office, Suite 9200, One Courthouse Way, Boston, MA, 02210, and to Thomas M. O'Brien, PTSO, US Courthouse, Suite 1-300, One Courthouse Way, Boston, MA 02210, fax no. 617-748-4114.

                                                     */s/ James P. Duggan*
                                                       James P. Duggan