UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.  05-CR-10179-RGS

<pre>
_____
UNITED STATES OF AMERICA  )
                          )
v.                        )
                          )
PAUL DEMBLING             )
_____
</pre>

**MOTION FOR DOWNWARD DEPARTURE**

Now comes the Defendant, Paul Dembling, who moves this Honorable Court to depart from the applicable Sentencing Guideline(s), which provides for a term of incarceration in this case in the range of ten (10) to sixteen (16) months, and to order instead that the Defendant be confined to his home and be placed on Supervised Release.

In support of the Motion, the Defendant says as follows:

1. Pursuant to §5K2.20, a downward departure is warranted in that the criminal conduct to which the Defendant has admitted constitutes aberrant behavior from what otherwise has been a productive, peaceful, and law-abiding life.

2. Pursuant to §5K2.0, there exist mitigating circumstances in this case which are not accounted for by an ordinary application of the Sentencing Guidelines.  Specifically, the Defendant has made numerous and re-occurring efforts at rehabilitation.  The Defendant says that he has taken such steps as are available to him to "right the wrong" which brings the Defendant before the Court.  He has previously paid all State and Federal income taxes, charges, penalties, and interest due.  He has accepted responsibility in this case.  He has continued his community involvement and acts of public charity.

3. Departure from the applicable Guideline range is warranted in this case as a sentence of incarceration will impose a severe hardship upon other, innocent individuals.  Specifically, the Defendant is a "key man" at Sinco, Inc., a small food brokerage company employing sixteen (16) people.  The Defendant is the principal salesman for the company.  Without his

efforts, the company will surely experience financial difficulties which will adversely affect its employees. As demonstrated by letters previously submitted to the Court by Mr. Scott Richmond, CFO, and Mr. Robert Synder, President, the effects of the Defendant's incarceration would be "devastating" to the company.

WHEREFORE, the Defendant, Paul Dembling, moves this Court for an Order departing from the applicable Sentencing Guideline Range and instead commit the Defendant to a term of home confinement and Supervised Release.

Respectfully submitted,
Paul Dembling,
by his attorney,


/s/ James P. Duggan
James P. Duggan
BBO #137500
160 State Street
8th Floor
Boston, MA 02109
617-523-7222


**CERTIFICATE OF SERVICE**

I, James P. Duggan, hereby certify that I have this 30th day of November, 2006, served a copy of the foregoing Motion for Downward Departure, by hand to, Victor A. Wild, AUSA, U.S. Attorney's Office, Suite 9200, One Courthouse Way, Boston, MA, 02210.


/s/ James P. Duggan
James P. Duggan