UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>               Plaintiff, )<br>                       )<br>     v.             )<br>                       )<br>PAUL DEMBLING   )<br>              Defendant. ) | 1:05CR10179-001-RGS |

**SATISFACTION OF JUDGMENT**

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the Judgment as to the defendant, Paul Dembling, by payment in full of his criminal assessment and fine.

                                                 Respectfully submitted,

                                                 UNITED STATES OF AMERICA
                                                 By its attorneys

                                                 MICHAEL J. SULLIVAN
                                                 United States Attorney

                                   By:   /s/ Christopher R. Donato
                                                 CHRISTOPHER R. DONATO
                                                 Assistant U.S. Attorney
                                                 1 Courthouse Way, Suite 9200
                                                 Boston, MA 02210
                                                 (617) 748-3303

Dated: January 10, 2007

**CERTIFICATE OF SERVICE**

Boston, s.s.                                                                                             Boston, MA

I hereby certify that on January 10, 2007, this document was filed through the ECF system and sent to Paul Dembling located in Needham, MA, electronically to any registered participants and/or a paper copy was sent by mail to those indicated as non-registered participants.

                                                                                 /s/ Christopher R. Donato
                                                                              CHRISTOPHER R. DONATO
                                                                              Assistant U.S. Attorney