UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.  05-CR-10179-RGS

_____
UNITED STATES OF AMERICA )
                         )
v.                       )
                         )
PAUL DEMBLING            )
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**MOTION TO STAY EXECUTION OF SENTENCE**

Now comes the Defendant, Paul Dembling, who moves this Honorable Court for an Order staying the execution of the sentence imposed herein and enlarging the time within which the Defendant must self-report to the institution designated by the Bureau of Prisons for service of his sentence.

In support of the Motion, the Defendant says as follows:

1. On December 13, 2006, a Judgment in a Criminal Case entered herein.

2. The Court ordered the Defendant committed to the custody of the Bureau of Prisons for a term of five (5) months.

3. The Court recommended commitment to a Community Correctional Center.

4. The Court further ordered the Defendant should self-surrender on or before 2:00 p.m. on January 25, 2007.

5. The Defendant has been informed by the United States Marshals and the Bureau of Prisons that he has been designated to FCC-Devens, and not to a Community Correctional Center.

6. By regulation, the Bureau of Prisons is required within thirty (30) days to inform the Court, in writing, as to why it did not adopt the Court's recommendation that sentence be served in a Community Correctional Center.

7. On information and belief, the local Community Correctional Center - Coolidge House, has, as of this date, upwards of sixty (60) empty beds available.

8. The Defendant moves that his sentence be stayed until such time as the Bureau of Prisons reports, as required, as to the reasons it did not follow the Court's recommendation.

9. Alternatively, the Defendant moves that the Court revise the terms of its Judgment and order that he commence serving his sentence in home detention with electronic monitoring.

10. As noted by the Court, the Defendant falls within Zone C which gives the Court considerable flexibility in fashioning a sentence in these circumstances.

WHEREFORE, the Defendant, Paul Dembling, moves this Court for an Order staying execution of his sentence.

Respectfully submitted,
Paul Dembling,
by his attorney,


/s/ James P. Duggan
James P. Duggan
BBO #137500
100 State Street
3rd Floor
Boston, MA 02109
617-523-7222


**CERTIFICATE OF SERVICE**

I, James P. Duggan, hereby certify that I have this 23rd day of January, 2007, served a copy of the foregoing Motion to Stay Execution, by electronic filing and first class mail, upon Victor A. Wild, AUSA, U.S. Attorney's Office, Suite 9200, One Courthouse Way, Boston, MA, 02210.


/s/ James P. Duggan
James P. Duggan