UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.  DOCKET NO. 05-CR-10179-RGS

PAUL DEMBLING

### NOTICE OF APPEARANCE

Please enter my appearance for the Defendant, Paul Dembling in the above-captioned matter.

/s/ Martin K. Leppo
Martin K. Leppo BBO #294480
7 Christy's Drive
Brockton, MA 02301
(508) 580-3733

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to Probation Officer Nicole Monteiro and PreTrial Services Officer Thomas O'Brien on December 20, 2007.

/s/ Martin K. Leppo
Martin K. Leppo