UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.  DOCKET NO. 05-CR-10179-RGS

PAUL DEMBLING

### DEFENDANT'S MOTION FOR RETURN OF PASSPORT

Defendant, Paul Dembling, moves that this Honorable Court order the Probation Department/Pretrial Services return his passport to him.

As grounds and reasons Defendant sets forth the following:

1. On July 14, 2005 the defendant was charged in a four count indictment with tax evasion in violation of 26 U.S.C. §7201 (counts 1 - 4)

2. On August 22, 2005 defendant made his initial appearance in court and was subsequently released on pretrial conditions.

3. On February 8, 2006 a change of plea hearing was held and a guilty plea as to all four counts in the indictment was accepted by the Court.

4. On November 30 2006 defendant was sentenced on Counts 1-4, 5 months to be served on each count concurrent with each other. Upon release, defendant to be placed on Supervised Release for 2 years on each count concurrent with each other, with Special Conditions.

5. On December 13, 2006 Judgement was entered as to the sentence set forth on November 30, 2006.

6. Defendant will commence his 2 year Supervised Release on or about December 24, 2007.

7. Defendant has made plans to travel with his wife, Nancy Dembling on Saturday, February 9, 2008 and returning home on Monday, February 18, 2008.

8. Defendant will again surrender his passport to the Probation Department/Pretrial Services upon his return from the above-referred to trip.

WHEREFORE the defendant requests that the above motion be allowed.

/s/ Martin K. Leppo
Martin K. Leppo BBO #294480
7 Christy's Drive
Brockton, MA 02301
(508) 580-3733

CERTIFICATE OF SERVICE

2

0, 2007.

/s/ Martin K. Leppo
Martin K. Leppo