UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                           DOCKET NO. 05-CR-10179-RGS

PAUL DEMBLING

## MOTION TO TRAVEL

Defendant moves that he be allowed to travel with his wife, Nancy Dembling, from February 9, 2008 through February 18, 2008 and travel to San Juan, Puerto Rico, St. Maarten, Netherlands AN and St. Barthelemy, Guadeloupe (SBH).

The defendant along with his wife's itinerary is as follows:

Saturday, February 9, 2008

| | |
|---|---|
| Depart: | Boston, Mass. on American Airlines AA 1937 6:25 a.m.. |
| Arrive: | San Juan Puerto Rico 11:15 a.m. |
| Depart: | San Juan Puerto Rico 1:30 p.m. |
| Arrive: | St. Maarten, Netherlands 2:25 p.m. |
| Depart: | St. Maarten, Netherlands 4:00 p.m. |
| Arrive: | St. Barthelemy, Guadeloupe 4:15 p.m. |

Monday, February 18, 2008

| | |
|---|---|
| Depart: | St. Barthelemy, Guadeloupe 2:30 p.m |
| Arrive: | St. Maarten, Netherlands 2:45 p.m. |
| Depart: | St. Maarten, Netherlands at 4:20 p.m. |
| Arrive: | San Juan Puerto Rico 5:25 p.m. |
| Depart: | San Juan Puerto Rico 6:45 p.m. |
| Arrive: | Boston, Mass 9:50 p.m. |

All travel will be done by way of American Airlines other than the travel from St. Maarten to St. Barthelemy and the return will be on Air Caraibes, TX

Defendant, along with his wife, will be staying at Isle DeFrance, 2/9/08 through 2/18/08 in Garden Bungalow.

WHEREFORE, defendant respectfully requests that he be allowed to travel to the locations and during the periods of time as set forth above.

/s/ Martin K. Leppo
Martin K. Leppo BBO #294480
7 Christy's Drive
Brockton, MA 02301
(508) 580-3733

CERTIFICATE OF SERVICE

n on December 2
0, 2007.

/s/ Martin K. Leppo
Martin K. Leppo